916

No. 1322. KAMERMAN & KAMERMAN v. SELIGSON, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. Certiorari denied. *Murray H. Paloger* for petitioner. *Charles Seligson,* respondent, *pro se.*

No. 1306. SCANLAN v. ANHEUSER-BUSCH, INC., ET AL. C. A. 9th Cir. Certiorari denied. *J. Albert Hutchinson* for petitioner. *Charles E. Hanger* for respondents.

No. 82. TEXACO INC. ET AL. v. FEDERAL POWER COMMISSION ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *William K. Tell, William R. Slye,* and *James D. Annett* for Texaco Inc., *Homer E. McEwen, Jr.,* for Sunray DX Oil Co., *Martin N. Erck* for Humble Oil & Refining Co., *Vernon W. Woods* for Union Producing Co., *Kiel Boone* for Cox, *Richard F. Remmers* for Sohio Petroleum Co., *Warren M. Sparks* for Gulf Oil Corp., and *Robert W. Henderson* and *Thomas G. Crouch* for Hunt, petitioners. *Solicitor General Marshall* and *Richard A. Solomon* for respondent Federal Power Commission, *Edwin F. Russell, Harry G. Hill, Jr.,* and *Barbara M. Suchow* for respondent Brooklyn Union Gas Co., *Samuel Graff Miller* for respondent Philadelphia Electric Co., *Bertram D. Moll* and *Morton L. Simons* for respondent Long Island Lighting Co., and *Kent H. Brown* for respondent Public Service Commission of the State of New York.

No. 1296. MOODY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Lucius E. Burch, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Joseph M. Howard* for the United States.